CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20878-Civ-Moore
(00-1162-Cr-Moore)
MAGISTRATE JUDGE P. A. WHITE

JULIO DAVID ALFONSO,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

FINAL JUDGMENT
MOTION TO VACATE

For the reasons stated in the report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to vacate is denied.

2. All pending motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at Miami, Florida, this 30th day of January, 2004.

UNITED STATES DISTRICT JUDGE
K. MICHAEL MOORE

cc: Julio David Alfonso, Pro Se
    Arthur G. Wyatt, AUSA